

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00034-CR

David **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8655
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was due June 16, 2014. Appellant has filed a motion requesting a sixty day extension of time to file the brief.

We **grant** the motion and order appellant to file the brief by **August 12, 2014**. However, appellant is advised that the court will not grant any further extensions of time absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court